UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL JOHNSON

V.

CAPTAIN JASMINE #65,
et al.

------------------------------------------------------------X

USDC'S
DOCU...
ELEC...     ...Y FILED
DOC
DA...     4/29/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 3588 (LAP)(AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☑ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

ParticularMotion: _____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  New York, New York
        APRIL 28, 2008

_____
United States District Judge